RECEIVED
MAY 12 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| NOE MAURICIO BARRERA ROMERO | CIVIL ACTION 1:16-CV-00148 |
| VERSUS | JUDGE TRIMBLE |
| DAVID COLE, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that that Barrera's motion for a preliminary injunction (Doc. 8) is DENIED at this time.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 12th day of May, 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE